IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00909-LTB-MJW

ARIEL HALES,

    Plaintiff,

v.

UNITED AIR LINES, INC.

    Defendant.

---

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER
( Docket No. 20 )

---

THIS MATTER having come before the Court upon the parties' Joint Motion to Amend the Scheduling Order and the Court having reviewed the Motion, hereby GRANTS the Motion and sets forth the following new deadlines:

| | |
|---|---|
| Expert Disclosures: | February 5, 2008 |
| Rebuttal Disclosures: | March 15, 2008 |
| Written Discovery: | April 2, 2008 |
| Fact Discovery Deadline: | May 5, 2008 |
| Dispositive Motions Deadline: | June 9, 2008 |

DATED this 10Th day of December, 2007.

By The Court

/s/ Michael J. Watanabe

~~Lewis T. Babcock~~
~~District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO