IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00909-LTB-MJW

ARIEL HALES,

    Plaintiff,

vs.

UNITED AIRLINES, INC.,

    Defendant.

---

### PROPOSED ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND EXPERT DESIGNATION DEADLINES ( Docket No 28 )

---

THIS MATTER having come before the Court on Defendant United Airlines, Inc.'s Unopposed Motion To Amend Scheduling Order to Extend Expert Designation Deadlines, and the Court being fully advised,

IT IS ORDERED that Defendant United Airlines, Inc.'s Motion is granted to extend the expert designation deadline up to and including March 24, 2008, and the rebuttal expert deadline up to and including April 24, 2008.

DATED this 5th day of February, 2008.

BY THE COURT:

_____
United States Magistrate Judge Michael J. Watanabe

3825862_1.DOC