**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00909-LTB-MJW

ARIEL HALES,

    Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

---

### ORDER OF DISMISSAL
---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 32 - filed June 2, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: June 3, 2008